UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT      3:19mj1420(RMJ)

STATE OF CONNECTICUT                        September 26, 2019

COUNTY OF NEW HAVEN                         ss: New Haven

## AFFIDAVIT

I, Joshua Young, being duly sworn, do depose and say:

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and have been so employed since July 2014. I am presently assigned to the FBI's Safe Streets Task Force in New Haven. The FBI is the lead agency in the Task Force, which is comprised of federal and local law enforcement personnel to investigate violent crime in New Haven and surrounding communities. My duties include investigating violations of Titles 18 and 21 of the United States Code, such as possession of firearms by convicted felons and drug trafficking offenses.

2.      I am the case agent in the investigation of MARIANO IRIZARRY (YOB 1983), who has been indicted by a federal grand jury with violating 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (felon in possession of a firearm) and three counts of violating 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 18 U.S.C. § 3147 (distributing controlled substances – fentanyl and heroin – while on pre-trial release).

### Purpose of Warrant

3.      I submit this affidavit in support of a search and seizure warrant for two buccal DNA swab samples from IRIZARRY, who is described as a Hispanic male standing approximately 5'11" tall and currently incarcerated at the Donald W. Wyatt Detention Facility, Central Falls, Rhode Island. He is assigned USMS Number 26176014.

1

**Probable Cause**

4. This affidavit sets forth facts and evidence that are relevant to the requested DNA warrant, but does not set forth all of the facts and evidence that I have gathered during the course of the investigation. The statements contained in this affidavit are based, in part, on my review of reports and information provided by the New Haven Police Department ("NHPD") and special agents of the FBI, as well as other federal agencies, and detectives and officers of state and municipal law enforcement agencies.

5. On January 1, 2019, FBI Task Force Officer (TFO) Christopher Alvarado and DEA TFO Allyn Wright were assigned by the NHPD to a crime prevention detail on New Year's Eve. TFOs Alvarado and Wright were on foot in front of Club Vandome, 102 Hamilton Street, New Haven, when they observed a large crowd and were alerted by two unknown women that a male had pulled a gun on them and was fighting in the parking lot. The women were distressed, and continued to say "he's over there in the parking lot now with the gun." The TFOs notified NHPD dispatch of the incident, requested additional units, and went to the parking lot.

6. The TFOs observed a large crowd gathered around a silver sport utility vehicle in the parking lot. The TFOs saw an individual, later identified as IRIZARRY, arguing with people. IRIZARRY had a cut under his left eye, which was bleeding.

7. The TFOs, with handguns drawn and pointed at IRIZARRY, approached IRIZARRY and told him to put his hands up. IRIZARRY appeared intoxicated and did not obey the TFOs' commands. An unknown male in the crowd yelled to the TFOs that "he has a gun, he has a gun on him." IRIZARRY continued to ignore the TFOs commands and instead he moved toward a tan Chevrolet Tahoe, later found to be registered to Norberto Vazquez, of West Haven, Connecticut. Vazquez is believed to be IRIZARRY's father.

8.  As IRIZARRY moved toward the Tahoe, he bladed his body away from the TFOs, who were no longer able to see his right hand or right side of his body, which the TFOs believed was indicative of IRIZARRY attempting to retrieve a gun. IRIZARRY stated to the TFOs, "fuck you, I'm just grabbing my keys" as he reached into his front right coat pocket. Although the TFOs believed that based on the totality of the circumstances a deadly force situation was warranted, they did not discharge their firearms due to the amount of people who were near IRIZARRY.

9.  Additional NHPD units were called. A large crowd gathered behind the TFOs, and at least one member of the crowd was touching TFO Alvarado's back. IRIZARRY continued to disobey the TFOs' commands as he accessed the driver's side of the Tahoe. The TFOs observed IRIZARRY hunched toward the steering wheel. IRIZARRY appeared to be fumbling with something inside the vehicle. IRIZARRY then reappeared from the driver's seat of the Tahoe with his hands in the air.

10. Investigators then detained IRIZARRY, who continued to resist the officers. IRIZARRY was searched by TFO Alvarado and NHPD Detective Kyle Malloy for a weapon, which was not found on his person. Det. Malloy then reached under the steering wheel of the Tahoe and felt an object consistent with being a handgun. Det. Malloy used his flashlight and observed that this object was, in fact, a handgun.

11. The handgun has been identified as a Glock model 27, .40 caliber handgun, serial number NRL360. The handgun was loaded with one round of ammunition in the chamber and approximately nine rounds in the magazine.

12. A check of NCIC and a review of NHPD reports reveal that this firearm and eight other guns were reported stolen in a residential burglary in New Haven on March 10, 2015.

13. IRIZARRY's criminal record includes felony convictions for Possession of Narcotics in violation of Conn. Gen. Stat § 21a-279(a), on or about April 27, 2010; Sale of Hallucinogenic/Narcotic in violation of Conn. Gen. Stat. § 21a-277(a), on or about August 4, 2000; and Illegal Sexual Contact with a Minor Victim, in violation of Conn. Gen. Stat § 53-21(a)(2), on or about August 4, 2000. My review of Department of Correction records reveals that IRIZARRY was incarcerated from January 5, 2000, to January 2, 2003, for his conviction on August 4, 2000. Similarly, Department of Correction records show that IRIZARRY was incarcerated from November 13, 2009, to May 13, 2011. I therefore believe that IRIZARRY knows he has been convicted of a crime punishable by more than one year of imprisonment, that is, a felony.

14. I have contacted the ATF National Tracing Center and been advised that the Glock firearm was manufactured in Austria and imported to Glock Inc., located in Smyrna, Georgia.

15. The Connecticut State Forensic Science Laboratory ("Lab") analyzed swabs taken from the firearm seized from the Tahoe on January 1, 2019. The Lab found that with respect to the DNA profile obtained from the frame of the firearm, the results were consistent with being a mixture of two contributors, with at least one being a male. Detective Malloy was eliminated as a contributor. The Lab also found that with respect to the DNA profile obtained from the trigger of the firearm, the results were consistent with being a mixture of three contributors, with at least two being a male. Detective Malloy was eliminated as a contributor.

16. The Lab submitted the DNA swabs to the Combined DNA Index System ("CODIS") for further analysis, and discovered that the DNA swab from the frame of the firearm resulted in an association to the DNA of IRIZARRY, which is on file because he is a felon.

17.     On September 24, 2019, I contacted the Lab to confirm that if a known sample of IRIZARRY's DNA was obtained, that the Lab could compare it to the profiles previously obtained in this case. The Lab confirmed that comparison would be possible.

18.     IRIZARRY is currently being detained at the Donald W. Wyatt Detention Facility, Central Falls, Rhode Island. He will be in court in New Haven, Connecticut on September 26, 2019, for a proceeding at noon.

## Search to be Conducted

19.     The DNA samples of IRIZARRY that I am seeking will be collected by buccal swabbing. This method involves taking a sterile swab (similar to a Q-Tip) and gently scrubbing the inside right cheek, then the inside left cheek, for approximately five to 10 seconds. Two samples are requested in the event that one of the samples becomes contaminated or otherwise cannot be tested. The samples seized will be submitted to the Lab for examination, testing and analysis, and will be compared to the DNA material obtained from the firearm that was seized on January 1, 2019.

20.     It is understood that DNA profiles or partial DNA profiles of more than one person may be located on an object when more than one person has handled an item.

21.     I anticipate serving this search warrant on Thursday, September 26, 2019, in the federal courthouse in New Haven, either before or after IRIZARRY's arraignment, which is scheduled for noon. In the event that IRIZARRY is non-compliant, and due to the potential dangers to both the executing officers and the defendant, associated with executing a validly issued search warrant on a non-compliant subject, it is requested that the Court authorize law enforcement officers including FBI special agents and Deputy United States Marshals, to use reasonable measures

necessary to restrain IRIZARRY for the sole purpose of obtaining two buccal DNA swabs in the manner described above.

22. Based upon the foregoing, there is probable cause to believe that DNA swabs of IRIZARRY will constitute evidence of a violation of 18 U.S.C. §§ 922(9)(1) and 924(a)(2) (possession of a firearm by a felon).

Joshua Young
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 26th day of September 2019 at New Haven, Connecticut.

/s/ Robert M. Spector

HONORABLE ROBERT M. SPECTOR
UNITED STATES MAGISTRATE JUDGE